FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RUBEN A. WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHARLES M. HARRISON, Warden,<br><br>　　　　　Respondent. | No. EDCV 06-0080 DOC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 28, 2009

_/s/ David O. Carter_

DAVID O. CARTER
United States District Judge